UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD HARDMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-06-261 |
| | § | |
| DEVON ENERGY CORPORATION, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

CAME ON for consideration Plaintiff's and Defendants' Joint Stipulation of Dismissal. The Court, having considered the Stipulation, is of the opinion that pursuant to the Federal Rules of Civil Procedure, the Stipulation should be GRANTED.  It is, therefore,

ORDERED that the Joint Stipulation of Dismissal is GRANTED, and the captioned case is dismissed with prejudice.  It is further,

ORDERED that costs shall be borne by the party incurring same.

SIGNED and ENTERED this 31st day of July, 2007.

_____
Kenneth M. Hoyt
United States District Judge